UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J- T-, et al.,

              Plaintiffs,

      v.

MARKWAYNE MULLIN, et al.,

              Defendants.

Case No.  3:26-cv-03698-JSC

**ORDER TO SHOW CAUSE TO PLAINTIFFS**

Plaintiff L-M-T-G- and her nephew J-T- allege the dismissal of L-M-T-G-'s asylum application violates the Administrative Procedures Act, ("APA"), 5 U.S.C. §§ 702, 706.  (Dkt. No. 1.)  Plaintiffs' complaint was accompanied by a temporary restraining order (TRO) which alleged L-M-T-G-'s removal to Columbia was imminent.  (Dkt. No. 3 at 2.)  The duty judge issued the TRO to preserve the status quo and the case was assigned to the undersigned judge.  (Dkt. Nos. 4, 5.)  The government has since filed a status report indicting L-M-T-G- was removed from the United States to Columbia prior to the Court's issuance of the TRO.  (Dkt. No. 9 at 2.)  In light of this, Plaintiffs are ORDERED TO SHOW CAUSE as to why the TRO should not be dissolved. Plaintiffs are ordered to show cause in writing by May 5, 2026.  If Plaintiffs contend the TRO is not moot, the government shall file a response by May 8, 2026.

**IT IS SO ORDERED.**

Dated: April 29, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California