UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J- T-, et al.,

        Plaintiffs,

     v.

MARKWAYNE MULLIN, et al.,

        Defendants.

Case No.  3:26-cv-03698-JSC

**ORDER DIRECTING PLAINTIFFS TO FILE A STATUS UPDATE**

Re: Dkt. No. 11

Plaintiff L-M-T-G- and her nephew J-T- allege the dismissal of L-M-T-G-'s asylum application violates the Administrative Procedures Act, 5 U.S.C. §§ 702, 706. (Dkt. No. 1.) Plaintiffs' complaint was accompanied by an application for a temporary restraining order (TRO) which alleged L-M-T-G-'s removal to Columbia was imminent. (Dkt. No. 3 at 2.[1]) The duty judge issued the TRO to preserve the status quo and the case was assigned to the undersigned judge. (Dkt. Nos. 4, 5.)  The government then filed a status report indicting L-M-T-G- had been removed from the United States to Columbia prior to the issuance of the TRO. (Dkt. No. 9 at 2.) In light of this update, the Court ordered Plaintiffs to show cause as to why the TRO should not be dissolved. (Dkt. No. 10.)  Plaintiffs responded agreeing the TRO should be dissolved and stating their intent to file a notice of dismissal.  (Dkt. No. 11.)  To date, Plaintiffs have not filed a notice of dismissal.[2]  **Plaintiffs shall file a status update or a notice of dismissal by June 12, 2026.**  If no update or dismissal is filed, the case will be dismissed with prejudice.

     **IT IS SO ORDERED.**

Dated: June 8, 2026

*Jacqueline Scott Corley*

JACQUELINE SCOTT CORLEY
United States District Judge

---

[1] Record Citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the document.

[2] The TRO has expired. (Dkt. No. 5 at ¶ 5.)